**Tommy GLADNEY, Petitioner–Appellant,**

v.

**John MARSHALL, Warden, California Men's Colony, Respondent–Appellee.**

**No. 06–55931.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 8, 2007.

Filed June 14, 2007.

Charles E. Ruben, Esq., Law Offices of Charles E. Ruben & Assoc., Los Angeles, CA, for Petitioner–Appellant.

Jane Catherine Malich, Esq., AGCA—Office of the California Attorney General (LA), Los Angeles, CA, for Respondent–Appellee.

Before: FRIEDMAN \*, KOZINSKI, and GOULD, Circuit Judges.

**ORDER\*\***

After this appeal commenced, the Board of Parole Hearings found Appellant suitable for parole. Because the court cannot give any meaningful relief in this case, the appeal is DISMISSED as moot. *See Church of Scientology of Cal. v. United States,* 506 U.S. 9, 12, 113 S.Ct. 447, 121 L.Ed.2d 313 (1992). Moreover, because the case has become moot during the pendency of the appeal, we VACATE the district court order denying Appellant's petition for a writ of habeas corpus. *See United States v. Munsingwear, Inc.,* 340 U.S. 36, 39–40, 71 S.Ct. 104, 95 L.Ed. 36 (1950).

---

\* The Honorable Daniel M. Friedman, Senior United States Circuit Judge for the Federal Circuit, sitting by designation.

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.